1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

10  QUINCY SIMS,                                    Case No. 1:14-cv-01130-SKO (PC)

11          Plaintiff,                             ORDER DENYING MOTION FOR LEAVE
                                                   TO PROCEED IN FORMA PAUPERIS AS
12      v.                                         MOOT

13  C. LESINAK, et al.,                            (Doc. 13)

14          Defendants.

   _____/

15

16      Plaintiff Quincy Sims, a state prisoner proceeding pro se and in forma pauperis, filed this

17  civil rights action pursuant to 42 U.S.C. § 1983 on July 21, 2014.  On June 2, 2015, this case was

18  dismissed, with prejudice, for failure to state a claim upon which relief may be granted.  28 U.S.C.

19  §§ 1915A, 1915(e).  On June 15, 2015, Plaintiff filed a notice of appeal and a motion seeking

20  leave to proceed in forma pauperis on appeal.

21      Plaintiff was proceeding in forma pauperis in this court and therefore, his motion for leave

22  to proceed in forma pauperis on appeal is HEREBY ORDERED DENIED as moot.  Fed. R. App.

23  P. 24(a)(3).

24
   IT IS SO ORDERED.
25

26  Dated:  __**June 16, 2015**__                          __/s/ Sheila K. Oberto__
                                                   UNITED STATES MAGISTRATE JUDGE
27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28